IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>César Javier Torres Rosario & Di Evana Pérez<br><br>Debtor(s) | Case No.: 16-00316-MCF<br><br>Chapter 13 |

**MOTON TO WITHDRAW PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

**TO THE HONORABLE COURT:**

**NOW APPEARS,** Petitioner Dilks & Knopik, LLC. On January 2nd, 2020, Petitioner filed a "Petition for Payment of Unclaimed Funds." Nonetheless, Petitioner requests that the aforementioned petition be withdrawn.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and allow Petitioner to withdraw the "Petition for Payment of Unclaimed Funds" filed on January 2nd, 2020.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 3rd day of January, 2020.

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

I HEREBY CERTIFY that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

SAGE Law LLC
*Attorney for Petitioner*
PO Box 194981
San Juan, PR 00919-4981
Tel.: (787) 522-6776
Fax: (787) 522-6777
E-mail: tania.torres@sageadvicelaw.com

By: */s/ Tania Torres Halais*
Tania Torres Halais
USDC-PR No. 229505